1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GWENDOLYN M. GAMBLE (State Bar No. 143267)
4  Assistant United States Attorney
   TERRENCE JONES (State Bar No. 256603)
5  Assistant United States Attorney

6       Room 7516, Federal Building
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Email:    gwen.gamble@usdoj.gov
8                 terrence.jones@usdoj.gov
        Telephone: (213) 894-6684/7354
9       Fax:       (213) 894-7819

10 Attorneys for Defendant
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

NOTE: CHANGES MADE BY THE COURT

| | |
|---|---|
| JOE L. NUTT, | NO. CV 08-1075 JWJ |
| Plaintiffs, | **JUDGMENT** |
| v. | **Hearing Date: December 4, 2008** |
| UNITED STATES OF AMERICA, et al. | **Time: 2:00 p.m.** |
| Defendant. | Honorable Jeffrey W. Johnson |

Defendant's Motion for Summary Judgment having come on for hearing, no opposition having been filed by plaintiff and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered

herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be granted and judgment is hereby entered for defendant.

DATED: December 10, 2008

                                      /s/
                            JEFFREY W. JOHNSON
                            UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Gwendolyn M. Gamble*
GWENDOLYN M. GAMBLE
TERRENCE JONES
Assistant United States Attorneys
Attorneys for Defendant
UNITED STATES OF AMERICA

2